UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TERRY ROTHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AILSA MHORAG HELEN ROTHMAN,<br><br>    Defendant. | Case No. 22-cv-00910-JST<br><br>**SHOW CAUSE ORDER** |

    Before the Court is the Verified Petition for Return of Children to England and Issuance of Show Cause Order pursuant to the Hague Convention on the Civil Aspects of International Child Abduction (the "Petition"). This Order addresses only the Petitioner's request for the issuance of a Show Cause Order, and makes no determination as to the merits of the Petition.  Upon considering the Petition, it is this 17th day of February 2022:

    1.    ORDERED, that the Petitioner, Martin Terry Rothman (the "Petitioner"), and the Respondent, Ailsa Mhorag Helen Rothman (the "Respondent"), are prohibited from removing the children, TWHR (male; born in 2009) and SMR (male; born in 2013) (collectively "the children"), or causing the children to be removed from the jurisdiction of this Court, pending final disposition of the above-referenced Petition; and it is further

    2.    ORDERED, that a copy of this Show Cause Order, and a copy of the Petition, together with all other filings to date, shall be served on or before the 22nd day of February, 2022 by private process upon the Respondent, and proof of service filed with the Court; and it is further

    3.    ORDERED, that an expedited initial Show Cause and Scheduling Hearing shall be held before this Court on the 2nd day of March, 2022, at 2:00 p.m. in Courtroom 1301 Clay Street, Second Floor, Oakland, California 94612.  The initial appearance shall be considered an initial

Show Cause and Scheduling Hearing, so that the Court can confirm that the children are physically located within the jurisdiction of this Court, and so that a date may be set for an expedited evidentiary hearing on the merits of the Petition and all other deadlines.  The Respondent shall appear in person for the initial Show Cause and Scheduling Hearing; and it is further

4. ORDERED, that if the Respondent fails to appear on the 2nd day of March, 2022 at 2:00 p.m., or removes the children or causes the children to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing; and it is further

5. ORDERED, that at the initial Show Cause and Scheduling Hearing, the Respondent shall surrender any passports, identity cards, visas, and other travel documents for the child in her possession, custody, or control to the Clerk of this Court for safe-keeping during the pendency of these proceedings; and it is further

6. ORDERED, that the Petitioner is not required to appear at the initial Show Cause and Scheduling Hearing, as long as the Petitioner's counsel appears on his behalf and has full authority from the Petitioner to schedule the expedited evidentiary hearing and all related deadlines.

**IT IS SO ORDERED.**

Dated:  February 17, 2022



JON S. TIGAR
United States District Judge