**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN: 246943)
sagnolucci@willkie.com
JOSHUA ANDERSON (SBN: 312836)
jdanderson@willkie.com
YUHAN ALICE CHI (SBN: 324072)
One Front Street
San Francisco, CA 94111
Tel.: (415) 858-7400

Attorneys for Respondent
AILSA MHORAG HELEN ROTHMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MARTIN TERRY ROTHMAN,<br><br>       Petitioner,<br><br> vs.<br><br>AILSA MHORAG HELEN ROTHMAN,<br><br>       Respondent. | Case No. 4:22-cv-00910-JST<br><br>**STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE**<br><br>Judge:  Hon. Jon S. Tigar<br><br>Action Filed: February 14, 2022<br>Trial Date:  June 27, 2022 |

Petitioner Martin Terry Rothman ("Petitioner") and Respondent Ailsa Mhorag Helen Rothman ("Respondent") hereby jointly and respectfully request as follows.

Petitioner and Respondent participated in an all-day settlement conference with Judge Tse on June 15, 2022. The parties were able to reach a settlement. Accordingly, the parties request that the Court vacate the pretrial conference currently set for June 24, 2022, and the trial date currently set for June 27, 2022. The parties request that the Court set a case-management conference on June 27, 2022, so that the parties can inform the Court regarding the status of the settlement and the case. The parties will submit a joint case-management statement by June 22, 2022 in advance of the conference.

Dated:  June 16, 2022

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Simona A. Agnolucci*
   Simona A. Agnolucci
   Joshua D. Anderson
   Yuhan Alice Chi
   One Front Street, 34th Floor
   San Francisco, CA 94111

   *Attorneys for Respondent Ailsa Rothman*

Dated: June 16, 2022

/s/ Stephen J. Cullen
Karlina Paredes (SBN 291103)
karlina@hooverkrepelka.com
Hoover Krepelka, LLP
1520 The Alameda
Suite 200
San Jose, CA 95126
Telephone: 408.947.7600
Facsimile: 408.947.7603

Stephen J. Cullen, *Admitted Pro Hac Vice*
scullen@milesstockbridge.com
Kelly A. Powers, *Admitted Pro Hac Vice*
kpowers@milesstockbridge.com
Miles & Stockbridge P.C.
1201 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
Telephone: 202.465.8374
Facsimile: 410.385.3709

*Attorneys for Petitioner*

## LOCAL RULE 5-1(h)(3) ATTESTATION

I attest that each signatory has concurred in the filing of this document.

/s/ Simona A. Agnolucci
Simona A. Agnolucci

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 16, 2022

_____
Hon. Jon S. Tigar
United States District Judge